JOHN HUGHES, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued April 12, 1894; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made December 30, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*James Fraser Gluck* for appellant.

*John Cunneen* for respondent.

Agree to affirm; no opinion.
All concur, except FINCH, J., not voting.
Judgment affirmed.

---

MEYER JONASSON, Appellant, *v.* EDWARD E. EAMES et al., Respondents.

(Argued April 12, 1894; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made at the January term, 1893, which affirmed a judgment in favor of defendants entered upon an order dismissing the complaint on trial at Circuit.

*Alexander Blumenstiel* for appellant.

*S. F. Kneeland* and *Charles E. Rushmore* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.